

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00720-CV

Anthony **WILSON**,
Appellant

v.

**BURTON BLANCO, LLC** d/b/a Moss Landing Apartments,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV08067
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

No costs of appeal are taxed against appellant.

SIGNED June 11, 2025.

_____
Adrian A. Spears II, Justice